[No. 6851-2-I.   Division One.   January 14, 1980.]

HARRY DAVIS, ET AL, *Appellants,* v. FORD MOTOR
COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for
Snohomish County, No. 137485, John F. Wilson, J., entered
July 20, 1978. *Reversed* and *remanded* by unpublished
opinion per Ryan, J. Pro Tem., concurred in by James,
A.C.J., and Swanson, J.

[No. 6908-0-I.   Division One.   January 14, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. ROY
CLEWIS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 86044, Barbara Durham, J., entered August 29,
1978. *Remanded* by unpublished opinion per Ringold, J.,
concurred in by Swanson and Dore, JJ.

[No. 6917-9-I.   Division One.   January 14, 1980.]

RAY RAMSEY MILLER, ET AL, *Appellants,* v. RAY J.
ANDERSON, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 833701, Frank H. Roberts, Jr., J., entered
August 4, 1978. *Affirmed* by unpublished opinion per
Ringold, J., concurred in by James, A.C.J., and Andersen, J.